[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 07, 2007
THOMAS K. KAHN
CLERK

No. 07-12199
Non-Argument Calendar

———————————————

D.C. Docket No. 06-00038-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY LAVERNE DIXON,

Defendant-Appellant.

———————————————

Appeal from the United States District Court for the
Northern District of Florida

———————————————

**(December 7, 2007)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Larry Laverne Dixon in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dixon's conviction and sentence are **AFFIRMED**.